Matthew Colangelo (MC-1746)
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson St., 16th Floor
New York, NY 10013
Telephone: (212) 965-2200

Co-Counsel:
Lorraine S. McGowen (LM-1644)
Alyssa D. Englund (AE-2300)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0002
Telephone: (212) 506-5000

Counsel for the Harry Holt Plaintiffs

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
In re: :
: Chapter 11
ALPER HOLDINGS USA, INC., :
: Case No. 07-12148 (BRL)
Debtor. :
:
------------------------------------------------------------ x

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8001(a) and 8002, the Harry Holt Plaintiffs,[1] by and through their undersigned counsel, hereby give notice of appeal to the United States District Court for the Southern District of New York from the Bankruptcy Court's Memorandum Decision and Order Granting Objections of Alper Holdings USA, Inc. to Proofs of Claim filed by (i) Armstrong Plaintiffs and (ii) Holt Plaintiffs (Docket No. 157), entered on February 25, 2008. This Notice of Appeal is timely pursuant to

---

[1] The "Harry Holt Plaintiffs" are Harry Holt (now deceased), Beatrice Holt, Sheila Holt-Orsted, Jasmine Orsted, Bonita Holt, O'Brian Holt, Brandon Holt, Patrick Holt, Bianca Bentley, Demetrius Holt and David Brown. Each is a plaintiff in the personal injury action *Harry Holt, et al. v. Scovill, et al.*, originally docketed at case number CV-1882 on the docket of the Circuit Court of Dickson County, Tennessee and subsequently removed to the United States District Court for the Middle District of Tennessee and docketed at case number 3:07-cv-00727.

Federal Rules of Bankruptcy Procedure 8002 and 9006. In accordance with Rule of Bankruptcy Procedure 8001(a), the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Alper Holdings USA, Inc.<br>Attn: Robert Bertellotti<br>245 Park Avenue<br>24th Floor<br>New York, New York 10137 | Luc A. Despins, Esq.<br>Jessica L. Fink, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: (212) 530-5000<br><br>Andrew M. Leblanc, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>International Square Building<br>1850 K Street, Northwest, Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 835-7574 |
| Debtor, Alper Holdings USA, Inc. | Counsel for Debtor, Alper Holdings USA, Inc. |

*Remainder of Page Intentionally Left Blank*

| | |
|---|---|
| Harry Holt , deceased<br>Beatrice Holt<br>Sheila Holt-Orsted<br>Jasmine Orsted, a minor<br>Bonita Holt<br>O'Brian Holt<br>Brandon Holt<br>Patrick Holt<br>Bianca Bentley, a minor<br>Demetrius Holt<br>David Brown<br><br>Harry Holt Plaintiffs | Matthew Colangelo, Esq.<br>99 Hudson St., 16th Floor<br>New York, New York 10013<br>Telephone: (212) 965-2200<br><br>Lorraine S. McGowen, Esq.<br>Alyssa D. Englund, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>666 Fifth Avenue<br>New York, New York  10103<br>Telephone: (212) 506-5000<br><br>Counsel for the Harry Holt Plaintiffs |

Dated:  March 6th, 2008            Respectfully submitted,



By:    /s/ Lorraine S. McGowen
       Matthew Colangelo (MC-1746)
       NAACP Legal Defense & Educational Fund, Inc.
       99 Hudson St., 16th Floor
       New York, NY 10013
       Telephone: (212) 965-2200

-and-

       Lorraine S. McGowen (LM-1644)
       Alyssa D. Englund (AE-2300)
       ORRICK, HERRINGTON & SUTCLIFFE LLP
       666 Fifth Avenue
       New York, New York  10103
       Telephone: (212) 506-5000
       Counsel for the Harry Holt Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on this 6th day of March, 2008, the foregoing Notice of Appeal was served via United States first class mail, postage prepaid, to:

| | |
|---|---|
| Alper Holdings USA, Inc.<br>Attn: Robert Bertellotti<br>245 Park Avenue<br>24th Floor<br>New York, New York 10137 | Luc A. Despins, Esq.<br>Jessica L. Fink, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: (212) 530-5000 |
| *Debtor, Alper Holdings USA, Inc.* | *Counsel for Debtor, Alper Holdings USA, Inc.* |
| Office of the United States Trustee<br>   for the Southern District of New York<br>Attn: Alicia Leonhard, Esq.<br>33 Whitehall Street – 21st Floor<br>New York, New York 10004 | Andrew M. Leblanc, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>International Square Building<br>1850 K Street, Northwest, Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 835-7574 |
| *United States Trustee* | *Counsel for Debtor, Alper Holdings USA, Inc.* |
| Douglas T. Tabachnik, Esq.<br>Law Offices of Douglas T. Tabachnik<br>Woodhull House<br>63 West Main Street, Suite C<br>Freehold, New Jersey 07728<br>Telephone: (732) 792-2760 | Sander L. Esserman, Esq.<br>Cliff I. Taylor, Esq.<br>Stutzman, Bromberg, Esserman & Plifka, P.C.<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75204<br>Telephone: (214) 969-4900 |
| *Counsel for Charlotte and Jon Armstrong* | *Counsel for Charlotte and Jon Armstrong* |

*Courtney M. Rogers*
Courtney M. Rogers
