Matthew Colangelo (MC-1746)
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson St., 16th Floor
New York, NY 10013
Telephone: (212) 965-2200

Co-Counsel:
Lorraine S. McGowen (LM-1644)
Alyssa D. Englund (AE-2300)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0002
Telephone: (212) 506-5000

Counsel for the Harry Holt Plaintiffs

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| ALPER HOLDINGS USA, INC., | Chapter 11 |
| Debtor. | Case No. 07-12148 (BRL) |

**DESIGNATION OF RECORD ON APPEAL**

On March 6, 2008, the Harry Holt Plaintiffs[1] filed a Notice of Appeal (Docket No. 166), appealing the Court's Memorandum Decision and Order granting the Objection of Alper Holdings USA, Inc. to Proofs of Claim (Claim Nos. 35 through 45) filed by the Harry Holt Plaintiffs (Docket No. 157). Pursuant to Federal Rule of Bankruptcy Procedure 8006, the Harry Holt Plaintiffs hereby submit this Designation of Record on Appeal, designating the following documents and items to be included in the record on appeal:

---

[1] The "Harry Holt Plaintiffs" are Harry Holt (now deceased), Beatrice Holt, Sheila Holt-Orsted, Jasmine Orsted, Bonita Holt, O'Brian Holt, Brandon Holt, Patrick Holt, Bianca Bentley, Demetrius Holt and David Brown. Each is a plaintiff in the personal injury action *Harry Holt, et al. v. Scovill, et al.,* originally docketed at case number CV-

| Tab | Page Number | Docket Number | Filing Date | Description |
|---|---|---|---|---|
| A | R-1 | | 9/21/07 | Proof of Claim 35 submitted by Sheila Holt-Orsted. |
| B | R-24 | | 9/21/07 | Proof of Claim 36 submitted on behalf of Jasmine Orsted, a minor, by Sheila Holt-Orsted. |
| C | R-47 | | 9/21/07 | Proof of Claim 37 submitted by O'Brian Holt. |
| D | R-70 | | 9/21/07 | Proof of Claim 38 submitted by Brandon Holt. |
| E | R-93 | | 9/21/07 | Proof of Claim 39 submitted by David Brown. |
| F | R-116 | | 9/21/07 | Proof of Claim 40 submitted by Demetrius Holt. |
| G | R-139 | | 9/21/07 | Proof of Claim 41 submitted on behalf of Harry Holt, deceased, by Beatrice Holt. |
| H | R-162 | | 9/21/07 | Proof of Claim 42 submitted by Beatrice Holt. |
| I | R-185 | | 9/21/07 | Proof of Claim 43 submitted on behalf of Bianca Bentley, a minor, by Patrick Holt. |
| J | R-208 | | 9/21/07 | Proof of Claim 44 submitted by Bonita Holt. |
| K | R-231 | | 9/21/07 | Proof of Claim 45 submitted by Patrick Holt. |
| L | R-254 | 12 | 7/17/07 | Alper Holdings USA, Inc.'s Schedules of Assets and Liabilities. |
| M | R-290 | 49 | 10/17/07 | Alper Holdings USA, Inc.'s Monthly Operating Statement for the Month of September 2007. |
| N | R-298 | 110 | 1/07/08 | Reply of Alper Holdings USA, Inc. to Response of Ray and Cathy Flake to Objection Filed by Alper Holdings USA, Inc. to Proofs of Claim Nos. 20 and 21. |
| O | R-316 | 117 | 1/09/08 | Objection of Alper Holdings USA, Inc. to Harry Holt Plaintiffs' Proofs of Claim. |

1882 on the docket of the Circuit Court of Dickson County, Tennessee and subsequently removed to the United States District Court for the Middle District of Tennessee and docketed at case number 3:07-cv-00727.

OHS East:160397305.4

| Tab | Page Number | Docket Number | Filing Date | Description |
|---|---|---|---|---|
| P | R-345 | 118 | 1/09/08 | Declaration of Jessica L. Fink in Support of Objection of Alper Holdings USA, Inc. to Harry Holt Plaintiffs' Proofs of Claim. |
| Q | R-530 | 123 | 1/15/08 | Memorandum Decision and Order Granting Objection of Alper Holdings USA, Inc. to Proofs of Claim (Claim Nos. 20 and 21) Filed by Flake Plaintiffs. |
| R | R-543 | 125 | 1/17/08 | Errata Order (correcting the Memorandum Decision and Order docketed at Docket No. 123). |
| S | R-546 | 144 | 2/15/08 | Response of Harry Holt Plaintiffs to Objection of Alper Holdings USA, Inc. to Proofs of Claim Filed by the Harry Holt Plaintiffs. |
| T | R-565 | 145 | 2/15/08 | Affidavit of Alyssa D. Englund in Support of Response of Harry Holt Plaintiffs to Objection of Alper Holdings USA, Inc. to Proofs of Claim Filed by the Harry Holt Plaintiffs (attaching numbered exhibits 1 to 19). |
| U | R-2228 | 146 | 2/15/08 | Harry Holt Plaintiffs' Memorandum of Law in Support of Response to Objection of Alper Holdings USA, Inc. to Proofs of Claim Filed by the Harry Holt Plaintiffs. |
| V | R-2262 | 153 | 2/20/08 | Reply of Alper Holdings USA, Inc. to Harry Holt Plaintiffs' Response to Objection of Alper Holdings USA, Inc. to Harry Holt Plaintiffs' Proofs of Claim. |
| W | R-2284 | 157 | 2/25/08 | Memorandum Decision and Order Granting Objections of Alper Holdings USA, Inc. to Proofs of Claim filed by (i) Armstrong Plaintiffs and (ii) Holt Plaintiffs. |

OHS East:160397305.4

| Tab | Page Number | Docket Number | Filing Date | Description |
|-----|-------------|---------------|-------------|-------------|
| X   | R-2297      | 166           | 3/6/08      | Harry Holt Plaintiffs' Notice of Appeal. |
| Y   | R-2302      | 170           | 3/10/08     | Transcript of 2/21/08 Hearing on Alper Holdings USA Inc.'s Objection to Claims of the Harry Holt Plaintiffs and the Armstrong Plaintiffs. |

Dated:  March 17th, 2008         Respectfully submitted,
        New York, New York


By: _____/s/ Lorraine S. McGowen_____
    Matthew Colangelo (MC-1746)
    NAACP Legal Defense & Educational Fund, Inc.
    99 Hudson St., 16th Floor
    New York, NY 10013
    Telephone: (212) 965-2200

    -and-

    Lorraine S. McGowen (LM-1644)
    Alyssa D. Englund (AE-2300)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    666 Fifth Avenue
    New York, New York  10103
    Telephone: (212) 506-5000
    Counsel for the Harry Holt Plaintiffs

OHS East:160397305.4