AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

**APPEARANCE**

Case Number: 1:08-cv-03344

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Appellants Harry Holt, Beatrice Holt, Sheila Holt-Orsted, Jasmine Orsted, Bonita Holt, O'Brian Holt, Brandon Holt, Patrick Holt, Bianca Bentley, Demetrius Holt, and David Brown.

I certify that I am admitted to practice in this court.

| 4/7/2008 | /s/ Matthew Colangelo |
|---|---|
| Date | Signature |

| Matthew Colangelo | MC-1746 |
|---|---|
| Print Name | Bar Number |

NAACP Legal Defense Fund, 99 Hudson St., 16th Flor
Address

| New York | NY | 10013 |
|---|---|---|
| City | State | Zip Code |

| (212) 965-2268 | (212) 226-7592 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

I certify that I served, by first-class mail with postage prepaid, a true and correct copy of the foregoing to:

Jessica L. Fink
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
*Attorney for Appellee Alper Holdings USA, Inc.*


Dated: April 7, 2008.

Matthew Colangelo (MC-1746)
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson St., 16th Floor
New York, NY 10013
Telephone: (212) 965-2268

*Attorney for Appellant Harry Holt et al.*