UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY HOLT, *et al.*,<br><br>               Appellants,<br><br>vs.<br><br>ALPER HOLDINGS USA, INC.,<br><br>               Appellee. | Case No. 08-cv-3344 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that appellants Harry Holt et al. will move this Court, at a place and time to be determined, for an order pursuant to Fed. R. Civ. P. 42 to consolidate this case with *Flake v. Alper Holdings USA, Inc.*, 08-cv-2489-CM; *Armstrong v. Alper Holdings USA, Inc.*, 08-cv-3625-GBD; and *Adkins v. Alper Holdings USA, Inc.*, 08-cv-____ (appeal from bankruptcy order filed on April 10, 2008, but not yet docketed with this Court).

In support of this motion, appellants rely upon the accompanying memorandum of law and the records in all four cases.

Dated:  April 16, 2008.
       New York, NY

Respectfully submitted,

NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.

By:     */s/ Matthew Colangelo*
       Matthew Colangelo (MC-1746)
       Debo P. Adegbile (DA-0072)
       99 Hudson St., 16th Floor
       New York, NY 10013
       Telephone: (212) 965-2200

-and-

Lorraine S. McGowen, Esq. (LM-1644)
Alyssa D. Englund, Esq. (AE-2300)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York  10103
Telephone: (212) 506-5000

Counsel for Appellants Harry Holt et al.

2

## CERTIFICATE OF SERVICE

      I certify that I served, by email and by first-class mail with postage prepaid, a true and correct copy of the foregoing to:

Jessica L. Fink
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
*Attorney for Appellee Alper Holdings USA, Inc.*

Douglas T. Tabachnik
Law Offices of Douglas T. Tabachnik, P.C.
Woodhull House
63 W. Main Street, Suite C
Freehold, New Jersey 07728
*Attorney for Flake Plaintiffs, Armstrong Plaintiffs, and Adkins Plaintiffs*

Cliff I. Taylor
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
*Attorney for Flake Plaintiffs, Armstrong Plaintiffs, and Adkins Plaintiffs*


Dated: <u>April 16, 2008</u>.

                                              */s/ Matthew Colangelo*
                                         Matthew Colangelo (MC-1746)
                                         NAACP Legal Defense & Educational Fund, Inc.
                                         99 Hudson St., 16th Floor
                                         New York, NY 10013
                                         Telephone: (212) 965-2268

                                         *Attorney for Appellants Harry Holt et al.*