

National Office
99 Hudson Street, Suite 1600
New York, NY 10013

T 212.965.2200
F 212.226.7592

www.naacpldf.org

DEFEND EDUCATE EMPOWER

Washington, D.C. Office
1444 Eye Street, NW, 10th Floor
Washington, DC 20005

T 202.682.1300
F 202.682.1312

April 17, 2008

**MEMO ENDORSED**

**BY FAX**

Judge Laura T. Swain
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 8 2008

Re: *Holt v. Alper Holdings USA, Inc.*, 08-cv-3344 (LTS) (HBP)

Dear Judge Swain:

Pursuant to Rule 1.E of this Court's individual practices, I write to request an extension of time to file the initial brief for the appellants in the above-captioned case, which is an appeal from a ruling of the United States Bankruptcy Court for the Southern District of New York. This is the first request for an extension of time.

Appellants' brief is currently due on April 22, 2008. An extension is requested in light of the motion filed yesterday by appellants to consolidate this appeal with three other actions in this Court. Appellants seek an extension pending the resolution of the motion to consolidate, and will be prepared to submit their initial brief promptly upon the determination of that motion.

I have spoken with counsel for the appellee, who has authorized me to state that he does not oppose this request.

Sincerely,

Matthew Colangelo (MC-1746)
*Attorney for Appellants Harry Holt et al.*

cc (by fax):
Andrew Leblanc, Counsel for Appellee Alper Holdings USA, Inc.
Jessica Fink, Counsel for Appellee Alper Holdings USA, Inc.

The request is granted.

SO ORDERED.

_____ 4/17/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.