UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————— x
In re:                                    :    Chapter 11
                                          :    Case No. 07-12148 (BRL)
ALPER HOLDINGS USA, INC.,                 :
                                          :
                         Debtor.          :
————————————————————— x
RAY AND CATHY FLAKE,                      :
                                          :
                         Appellants,      :    District Court
                                          :    Case No. 08-cv-02489-CM
              -against-                   :
                                          :
ALPER HOLDINGS USA, INC.,                 :
                                          :
                         Appellee.        :
————————————————————— x
HARRY HOLT, et al.,                       :
                                          :
                         Appellants,      :    District Court
                                          :    Case No. 08-cv-03344-CM
              -against-                   :
                                          :
ALPER HOLDINGS USA, INC.,                 :
                                          :
                         Appellee.        :
————————————————————— x
JON AND CHARLOTTE ARMSTRONG,              :
                                          :
                         Appellants,      :    District Court
                                          :    Case No. 08-cv-03625-CM
              -against-                   :
                                          :
ALPER HOLDINGS USA, INC.,                 :
                                          :
                         Appellee.        :
————————————————————— x
DONALD ADKINS, et al.,                    :
                                          :
                         Appellants,      :    District Court
                                          :    Case No. 08-cv-_____
              -against-                   :
                                          :
ALPER HOLDINGS USA, INC.,                 :
                                          :
                         Appellee.        :
————————————————————— x

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Jessica L. Fink ("Movant"), a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Andrew M. Leblanc ("Admittee") |
| Firm Name: | Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP |
| Address: | 1850 K Street, N.W., Suite 1100 |
| City/State/Zip: | Washington, D.C. 20006 |
| Phone Number: | (202) 835-7574 |
| Fax Number: | (202) 263-7574 |

Admittee is a member in good standing of the Bar of the District of Columbia and the State of Maine. There are no pending disciplinary proceedings against Admittee in any State or Federal court.

Dated: New York, New York
       May 6, 2008

Respectfully submitted,

Jessica L. Fink (JF 6399)
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

In re:                                              :   Chapter 11
                                                    :   Case No. 07-12148 (BRL)
ALPER HOLDINGS USA, INC.,                           :
                                                    :
                          Debtor.                   :
———————————————————————— x
RAY AND CATHY FLAKE,                                :
                                                    :
                          Appellants,               :   District Court
                                                    :   Case No. 08-cv-02489-CM
         -against-                                  :
                                                    :
ALPER HOLDINGS USA, INC.,                           :
                                                    :
                          Appellee.                 :
———————————————————————— x
HARRY HOLT, et al.,                                 :
                                                    :
                          Appellants,               :   District Court
                                                    :   Case No. 08-cv-03344-CM
         -against-                                  :
                                                    :
ALPER HOLDINGS USA, INC.,                           :
                                                    :
                          Appellee.                 :
———————————————————————— x
JON AND CHARLOTTE ARMSTRONG,                        :
                                                    :
                          Appellants,               :   District Court
                                                    :   Case No. 08-cv-03625-CM
         -against-                                  :
                                                    :
ALPER HOLDINGS USA, INC.,                           :
                                                    :
                          Appellee.                 :
———————————————————————— x
DONALD ADKINS, et al.,                              :
                                                    :
                          Appellants,               :   District Court
                                                    :   Case No. 08-cv-_____
         -against-                                  :
                                                    :
ALPER HOLDINGS USA, INC.,                           :
                                                    :
                          Appellee.                 :
———————————————————————— x

**AFFIDAVIT OF JESSICA L. FINK IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Jessica L. Fink, being duly sworn, deposes and says as follows:

1. I am an associate at Milbank, Tweed, Hadley & M<sup>c</sup>Cloy, LLP, counsel for Alper Holdings USA, Inc. in the above-captioned cases. I am familiar with the proceedings in these cases. I make this statement based on my personal knowledge of the facts set forth herein and in support of Alper Holdings USA, Inc.'s motion to admit Andrew M. Leblanc as counsel *pro hac vice* to represent Alper Holdings USA, Inc. in these matters.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Andrew M. Leblanc since 2006.

4. Andrew M. Leblanc is a partner at Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP in Washington, D.C.

5. I have found Andrew M. Leblanc to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Andrew M. Leblanc *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Andrew M. Leblanc, *pro hac vice*, which is attached hereto as Exhibit A.

Wherefore it is respectfully requested that the motion to admit Andrew M. Leblanc, *pro hac vice*, to represent Alper Holdings USA, Inc. in the above captioned matters, be granted.

Dated: New York, New York
      May 6, 2008

                                      Respectfully submitted,

                                      Jessica L. Fink (JF 6399)

SWORN TO AND SUBSCRIBED before me this 6th day of May, 2008

_____
Notary Public, State of New York

BRYN FULLER
NOTARY PUBLIC, State of New York
No. 01FU6153697
Qualified in New York County
Commission Expires Oct. 16, 2010

# **Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
In re:                                    :    Chapter 11
                                          :    Case No. 07-12148 (BRL)
ALPER HOLDINGS USA, INC.,                 :
                                          :
                        Debtor.           :
———————————————————————— x
RAY AND CATHY FLAKE,                      :
                                          :
                        Appellants,       :    District Court
                                          :    Case No. 08-cv-02489-CM
            -against-                     :
                                          :
ALPER HOLDINGS USA, INC.,                 :
                                          :
                        Appellee.         :
———————————————————————— x
HARRY HOLT, et al.,                       :
                                          :
                        Appellants,       :    District Court
                                          :    Case No. 08-cv-03344-CM
            -against-                     :
                                          :
ALPER HOLDINGS USA, INC.,                 :
                                          :
                        Appellee.         :
———————————————————————— x
JON AND CHARLOTTE ARMSTRONG,              :
                                          :
                        Appellants,       :    District Court
                                          :    Case No. 08-cv-03625-CM
            -against-                     :
                                          :
ALPER HOLDINGS USA, INC.,                 :
                                          :
                        Appellee.         :
———————————————————————— x
DONALD ADKINS, et al.,                    :
                                          :
                        Appellants,       :    District Court
                                          :    Case No. 08-cv-_____
            -against-                     :
                                          :
ALPER HOLDINGS USA, INC.,                 :
                                          :
                        Appellee.         :
———————————————————————— x

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Jessica L. Fink, attorney for Alper Holdings USA, Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Andrew M. Leblanc |
| Firm Name: | Milbank, Tweed, Hadley & M$^c$Cloy LLP |
| Address: | 1850 K Street, N.W., Suite 1100 |
| City/State/Zip: | Washington, D.C. 20006 |
| Phone Number: | (202) 835-7574 |
| Fax Number: | (202) 263-7574 |
| Email Address: | aleblanc@milbank.com |

is admitted to practice *pro hac vice* as counsel for Alper Holdings USA, Inc. in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
             , 2008

_____
United States District Judge



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ANDREW M. LeBLANC

was on the  4TH  day of  OCTOBER, 2002  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 17, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                    Deputy Clerk

# BOARD OF OVERSEERS OF THE BAR
*Established by the Maine Supreme Judicial Court*

**BOARD MEMBERS**

Paul H. Sighinolfi, Esq., Chair
Jud Knox, Vice Chair

Patricia M. Ender, Esq.
Charles E. Gilbert III, Esq.
Christine Holden, Ph.D.
Susan E. Hunter, Esq.
Andrew J. Pease, Jr.
David M. Sanders, Esq.
Charles W. Smith Jr., Esq.

97 Winthrop Street
P O Box 527
Augusta, ME 04332-0527

Phone 207-623-1121 • Fax 207-623-4175
Email board@mebaroverseers.org • Web www.mebaroverseers.org

**BOARD STAFF**

BAR COUNSEL
J. Scott Davis

ASSISTANT BAR COUNSEL
Aria eee

ADMINISTRATIVE DIRECTOR
Jacqueline M. Rogers

## CERTIFICATE OF GOOD STANDING
## AND DISCIPLINARY RECORD SEARCH

Andrew M. Leblanc, Esquire
Milbank Tweed Hadley & McCloy, LLP
International Square Building
1850 K Street, NW, Suite 1100
Washington, DC 20006

    This is to certify that according to the registration records of Maine's Board of Overseers of the Bar Attorney Andrew M. Leblanc of Washington, D.C. (Maine Bar #8706) was admitted to the Maine Bar on October 2, 1998 and is presently registered and in good standing with the Board of Overseers of the Bar as an active practitioner.

    In response to written request, the Board's records further indicate the following disciplinary record information:

| | |
|---|---|
| Reprimands: | None |
| Suspensions: | None |
| Disbarments: | None |

Dated at Augusta, County of Kennebec, State of Maine on April 23, 2008.

*Linda J. Hapworth*
Linda J. Hapworth, Registration Secretary

Fee Arbitration Commission • Grievance Commission • Professional Ethics Commission

3

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon the following parties, by depositing same in the United States mail, first class, postage prepaid, this 6th day of May, 2008.

Sander L. Esserman, Esq.
Cliff I. Taylor, Esq.
STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA, a Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

Matthew Colangelo, Esq.
Debo P. Adegbile, Esq.
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
99 Hudson St., 16th Floor
New York, NY 10013

Douglas T. Tabachnik, Esq.
LAW OFFICES OF DOUGLAS T.
TABACHNIK, P.C.
Woodhull House
63 W. Main Street, Suite C
Freehold, New Jersey 07728

Lorraine S. McGowen, Esq.
Alyssa D. Englund, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103

Jessica L. Fink (JF 6399)