AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 1:08-cv-03344

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Appellants Hary Holt, Beatrice Holt, Sheila Holt-Orsted, Jasmine Orsted, Bonita Holt, O'Brian Holt, Brandon Holt, Patrick Holt, Bianca Bentley, Demetrius Holt, and David Brown.

I certify that I am admitted to practice in this court.

| 6/12/2008 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | Alyssa D. Englund | AE-2300 |
| | Print Name | Bar Number |
| | Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue | |
| | Address | |
| | New York | NY | 10103 |
| | City | State | Zip Code |
| | (212) 506-5000 | (212) 506-5151 |
| | Phone Number | Fax Number |

# CERTIFICATE OF SERVICE

I certify I served, by first-class mail with postage prepaid, a true and correct copy of the foregoing to:

Jessica L. Fink, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005

Andrew M. Leblanc, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1850 K Street, N.W.
Suite 1100
Washington, DC 20006

*Attorneys for Appellee, Alper Holdings USA, Inc.*

Dated: June 12, 2008

Alyssa D. Englund (AE-3300)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0002
Telephone: (212) 506-5000

*Attorney for Appellant Harry Holt et al.*