**CERTIFICATE OF SERVICE**

      I certify that I served, by first-class mail with postage prepaid, a true and correct copy of the Reply Brief of Appellants Harry Holt, et al., to:

Jessica L. Fink
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
*Attorney for Appellee Alper Holdings USA, Inc.*

Andrew Leblanc
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, NW, Suite 1100
Washington, DC 20006
*Attorney for Appellee Alper Holdings USA, Inc.*

Douglas T. Tabachnik
Law Offices of Douglas T. Tabachnik, P.C.
Woodhull House
63 W. Main Street, Suite C
Freehold, New Jersey 07728
*Attorney for Flake Plaintiffs, Armstrong Plaintiffs, and Adkins Plaintiffs*

Cliff I. Taylor
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
*Attorney for Flake Plaintiffs, Armstrong Plaintiffs, and Adkins Plaintiffs*


Dated: June 18, 2008.

                                                    */s/ Matthew Colangelo*
                                                    Matthew Colangelo (MC-1746)
                                                    NAACP Legal Defense & Educational Fund, Inc.
                                                    99 Hudson St., 16th Floor
                                                    New York, NY 10013
                                                    Telephone: (212) 965-2200

                                                    *Attorney for Appellants Harry Holt et al.*